# Ohio Department of Rehabilitation & Correction

## COVID-19 Inmate Testing | UPDATED: 05/01/2020

*This section reflects the total number of tests taken throughout the duration of the COVID-19 Pandemic. These numbers do not represent the current number of COVID positive patients at each prison.*

| Tested | Pending | Positive | Negative |
|---|---|---|---|
| 6375 | 397 | 4072 | 1906 |

## COVID-19 Inmate Quarantine and Isolation | Quarantine separates and restricts the movement of people who were exposed, or potentially exposed, to a contagious disease to see if they become sick. Isolation separates sick people with a contagious disease from people who are not sick.

| Institution | # of Staff who have Reported Positive Tests | # of COVID-19 Related Staff Deaths | # of Staff who have Recovered | Units in Quarantine | # of Inmates in Quarantine | Housing Type (cell, open bay, combo) | # of Inmates in Isolation | # of inmates currently Positive for COVID-19* | # of Probable COVID-19 Related Inmate Deaths | # of Confirmed COVID-19 Related Inmate Deaths | # of Inmates who have Pending Results | # of current Inmates who have Recovered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AOCI | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BECI | 13 | 0 | 0 | Full Institution | 2560 | Combo | 58 | 49 | 0 | 0 | 9 | 3 |
| CCI | 0 | 0 | 0 | Full Institution | 2625 | Combo | 5 | 4 | 0 | 0 | 1 | 0 |
| CRC | 12 | 0 | 3 | Full Institution | 1563 | Combo | 44 | 42 | 0 | 0 | 3 | 31 |
| DCI | 1 | 0 | 1 | Full Institution | 813 | Cells | 0 | 0 | 0 | 0 | 0 | 1 |
| FMC | 77 | 0 | 27 | Full Institution | 355 | Combo | 127 | 127 | 0 | 2 | 172 | 60 |
| GCI | 0 | 0 | 0 | Full Institution | 1847 | Combo | 1 | 0 | 0 | 0 | 1 | 1 |
| LAECI | 1 | 0 | 0 | Full Institution | 1688 | Combo | 11 | 8 | 0 | 0 | 3 | 0 |
| LECI | 2 | 0 | 2 | Full Institution | 1917 | Cells | 0 | 0 | 0 | 0 | 0 | 0 |
| LOCI | 3 | 0 | 0 | Full Institution | 2217 | Combo | 12 | 12 | 0 | 0 | 0 | 0 |
| LORCI | 16 | 0 | 0 | Full Institution | 1532 | Cells | 11 | 3 | 0 | 0 | 8 | 0 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MACI | 4 | 0 | 1 | Full Institution | 2175 | Combo | 0 | 0 | 0 | 0 | 0 | 0 |
| MANCI | 4 | 0 | 2 | Full Institution | 2401 | Cells | 0 | 0 | 0 | 0 | 0 | 1 |
| MCI | 175 | 1 | 98 | Full Institution | 430 | Combo | 2016 | 2016 | 0 | 8 | 190 | 69 |
| NCI | 1 | 0 | 0 | Full Institution | 2362 | Combo | 0 | 0 | 0 | 0 | 0 | 0 |
| NCCC | 13 | 0 | 0 | Full Institution | 2357 | Combo | 19 | 13 | 0 | 0 | 6 | 3 |
| NEOCC | 3 | 0 | 1 | Full Institution | 933 | Cells | 0 | 0 | 0 | 0 | 0 | 0 |
| NERC | 1 | 0 | 1 | Full Institution | 564 | Cells | 7 | 5 | 0 | 0 | 2 | 0 |
| ORW | 0 | 0 | 0 | 0 | 2 | Cells | 0 | 0 | 0 | 0 | 0 | 0 |
| OSP | 1 | 0 | 1 | Full Institution | 478 | Cells | 1 | 0 | 0 | 0 | 1 | 0 |
| PCI | 94 | 1 | 37 | Full Institution | 477 | Combo | 1467 | 1467 | 2 | 21 | 0 | 71 |
| RICI | 3 | 0 | 0 | Full Institution | 2525 | Combo | 0 | 0 | 0 | 0 | 0 | 0 |
| RCI | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SCI | 0 | 0 | 0 | Full Institution | 1501 | Combo | 0 | 0 | 0 | 0 | 0 | 1 |
| SOCF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOCI | 11 | 0 | 1 | Full Institution | 909 | Cells | 11 | 11 | 0 | 0 | 0 | 2 |
| TCI | 1 | 0 | 0 | Full Institution | 1419 | Combo | 1 | 1 | 0 | 0 | 0 | 0 |
| WCI | 1 | 0 | 1 | Full Institution | 1304 | Cells | 1 | 0 | 0 | 0 | 1 | 0 |
| **Totals** | **437** | **2** | **176** | | **36,954** | | **3792** | **3758** | **2** | **31** | **397** | **243** |

**\* This column represents the number of inmates currently incarcerated with COVID-19** | Prisons may implement quarantine procedures when staff <u>or</u> inmates test positive. Quarantined facilities are operating under modified movement and the populations are being separated by unit along with other precautionary measures. Every inmate at these facilities is monitored daily and has their temperature taken along with a check for symptoms. Overall testing increases are partially attributed to implementation of mass testing at designated facilities beginning 04/11/2020.